IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

KAREN M. HYNOUS											PLAINTIFF

V.										CIVIL ACTION NO. 3:12CV83-B-A

RICK KEISLING											DEFENDANT

## ORDER ADOPTING REPORT AND RECOMMENDATION

On consideration of the file and records in this action, the court finds that the report and recommendation of the United States Magistrate Judge dated November 15, 2012, was on that date served by first class mail upon the parties; more than fourteen days have elapsed since service of the report and recommendation; and no objection has been filed or served by the parties. The court is of the opinion that the report and recommendation should be approved and adopted as the opinion of the court.

It is, therefore, **ORDERED AND ADJUDGED**:

1. That the report and recommendation of the United States Magistrate Judge dated November 15, 2012, is approved and adopted, and the proposed findings of fact and conclusions of law therein set out are adopted as the findings of fact and conclusions of law of the court.

2. This case is dismissed with prejudice.

This, the 3rd day of September, 2013.

/s/ Neal Biggers
**NEAL B. BIGGERS, JR.**
**UNITED STATES DISTRICT JUDGE**